**Order entered October 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

---

**No. 05-22-00333-CV**

---

### IN THE INTEREST OF S.C. AND K.C., CHILDREN

---

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417-Z**

---

### ORDER

On September 19, 2022, after appellant provided written verification he had requested the reporter's record and paid the fee for its preparation, we ordered Glenda E. Finkley, Official Court Reporter for the 256th Judicial District Court to file the record. The record was to be filed no later than October 19, 2022. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Finkley to file the record **no later than November 21, 2022**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Mike Lee, Presiding Judge of the 256th Judicial District Court; Ms. Finkley and the parties.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE